AUGUSTUS J. SIMMONS *v.* ELLIS MACDOUGALL,
COMMISSIONER OF CORRECTION, ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Hartford County is granted.

*Igor I. Sikorsky, Jr.,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued December 1—decided December 1, 1970

ROLAND W. SCHILLER ET AL. *v.* STATE OF CONNECTICUT

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is denied.

*C. Michael Budlong,* assistant attorney general, and *Robert K. Killian,* attorney general, for the appellee (defendant).

*Arnold Sbarge,* for the appellants (plaintiffs).

Argued December 1—decided December 1, 1970

MANCHESTER MEMORIAL HOSPITAL *v.* NORMAN
E. WHITNEY ET AL.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Norman E. Whitney,* pro se, in support of the petition.

*Paul F. McAlenney,* in opposition.

Submitted November 30—decided December 8, 1970